| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | DAVID P. CHIAPPETTA (SBN 172099) |
|   | SUSAN J. WELCH (SBN 232620) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
|   | Facsimile:  (415) 393-2286 |
| 5 | |
|   | Baker Botts L.L.P. |
| 6 | DOREEN L. COSTA (*Pro hac vice admission pending*) |
|   | PAUL J. REILLY (*Pro hac vice admission pending*) |
| 7 | MASAHIRO NODA *(Pro hac vice admission pending)* |
|   | 30 Rockefeller Plaza |
| 8 | New York, New York  10112 |
|   | Telephone:  (212) 408-2500 |
| 9 | Facsimile:  (212) 408-2501 |
| 10 | Attorneys for DELL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL INC., | Civil Action No. C 06 0049 WDB |
|        Plaintiff, | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND ORDER ENLARGING TIME |
|   v. | |
| AMERICAN MOTOR LINES, INC., JAMES C. KASEY, XYZ COMPANY NOS. 1-25 and JOHN/JANE DOES 1-25, | |
|        Defendants. | |

Case No. NA C 06 0049 WDB

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT
SCHEDULE AND ORDER ENLARGING TIME

21659330v.1

1         On, March 6, 2006, plaintiffs Dell Inc. filed an *ex parte* application for relief from this Court's Order Setting Initial Case Management Conference and ADR Deadlines, and an order enlarging time for the dates contained therein.

        After full consideration of Plaintiff's *ex parte* application, and finding good cause therefor,

        IT IS HEREBY ORDERED that:

        1.   The last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

will be April 17, 2006.

        2.   The last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report will be May 1, 2006.

        3.   The Initial Case Management Conference will be held on May 15, 2006 in Courtroom 4, Oakland at 4:00 PM.

IT IS SO ORDERED.

Dated: 3-7-06

Wayne D. Brazil
United States Court Magistrate Judge
Northern District of California

1         Case No. NA C 06 0049 WDB

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND ORDER ENLARGING TIME

21659330v.1