UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL INC., | No. C 06-00049 WDB |
| Plaintiff, | |
| | ORDER PERMITTING DEFENDANT JAMES C. KASEY TO REGISTER AS E-FILER |
| v. | |
| AMERICAN MOTOR LINES, JAMES C. KASEY, | |
| Defendants. | |

It has come to the Court's attention that pro se defendant James C. Kasey wishes to register as an e-filer. Mr. Kasey is hereby permitted to do so.

IT IS SO ORDERED.

Dated: 3/22/06

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:

    All parties,
    WDB, Stats

1